**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 382 EAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
WILLIAM JACKSON, :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.